Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH RUFFALO,<br><br>            Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  2:09-CV-01711 FCD DAD<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

    Plaintiff, JUDITH RUFFALO, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on June 20, 2009.  Prior to NCO filing a responsive pleading, the parties subsequently resolved the action in its entirety and filed a notice of settlement on July 28, 2009.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 8/14/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 8/14/09            LAW OFFICES OF TODD M. FRIEDMAN

/s/ Todd M. Friedman
Todd M. Friedman,
Attorney for Plaintiff,
Judith Ruffalo

**IT IS SO ORDERED.**

Dated:  August 14, 2009            _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE